**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**ZIAULHAQ FAQIRI,**
**067896347,**

**Petitioner,**

**v.** **CIVIL ACTION NO. 2:26cv173**

**PAUL PERRY,**
***Caroline Detention Facility,***

**And**

**RUSSELL HOTT,**
**ICE WASHINGTON FIELD OFFICE,**

**Respondent.**

**FINAL ORDER**

This matter was initiated by Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by pro se Petitioner Ziaulhaq Faqiri ("Petitioner" or "Faqiri"). Pet. (ECF No. 1). Faqiri is an immigration detainee currently being housed at Caroline Detention Facility. Id. at 1. His Petition alleges he is unlawfully subject to immigration detention awaiting removal and seeks release from custody on the grounds that his removal to Afghanistan is not reasonably foreseeable. Id. at 6.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. On

August 31, 2026, the Magistrate Judge filed a Report and Recommendation recommending the court grant Faqiri's Petition and release him from custody under the terms of supervision set forth by DHS. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The court has received no objections to the Report and Recommendation and the time for filing objections has now expired.

The court, having reviewed the record and having found no clear error in the Report and Recommendation, and no party having objected, does hereby adopt and approve the findings and recommendations set forth in the Report of the United States Magistrate Judge filed August 31, 2026, and it is, therefore, ORDERED that the Petition (ECF No. 1) is GRANTED. It is FURTHER ORDERED that Petitioner be RELEASED from custody under the terms of supervision set forth by DHS.[1] Presumably, in addition to his federal immigration supervision conditions, Petitioner will be subject to supervised probation by a Virginia probation officer with regard to his state convictions.

[1] Nothing in this Order purports to recommend the appropriate conditions of supervision, which may be determined by DHS in the first instance.

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy to counsel for Respondents.

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH,
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 7 , 2026